UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| OWNERS INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>S AND S BUILDERS, INC. and SIOUX FALLS CONSTRUCTION COMPANY,<br><br>Defendants. | CIV. #14-4163<br><br>**JOINT MOTION TO DISMISS WITH PREJUDICE** |

Plaintiff Owners Insurance Company and Defendants S and S Builders, Inc. and Sioux Falls Construction Company, through their undersigned counsel, jointly move under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure for an order and judgment that all claims that were raised in this action concerning the issues of insurance coverage for the underlying litigation against S and S Builders, Inc. are dismissed upon the merits and with prejudice, the parties bearing their own costs. The Court may enter the requested relief without further notice or hearing.

Dated this 29th day of March, 2017.

_____
Timothy P. Tobin
Gislason & Hunter, LLP
701 Xenia Avenue South, Suite 500
Minneapolis, MN 55416
Phone: (763) 225-6016
ttobin@gislason.com
-AND-
Gary Jensen
4200 Beach Dr., Suite #3
Rapid City, SD 57709
Phone: (605) 721-2800
gjensen@blackhillslaw.com
*Attorneys for Plaintiff*

1

Dated this 29 day of March, 2017.

SCHAFFER LAW OFFICE, PROF, LLC

*Paul Linde*

Paul H. Linde
412 W 9th Street, Suite
Sioux Falls, SD 57104
Phone: (605) 274-6760
paull@schafferlawoffice.com
*Attorney for Defendant S and S Builders, Inc.*

Dated this 24th day of March, 2017.

        JOHNSON, JANKLOW, ABDALLAH,
        REITER & PARSONS, LLP

        _____
        A. Russell Janklow (russ@janklowabdallah.com)
        Jami J. Bishop (jami@janklowabdallah.com)
        P.O. Box 2348
        Sioux Falls, SD  57101-2348
        Phone:  (605) 338-4304
        Fax:  (605) 338-4162
        *Attorneys for Defendant Sioux Falls Construction*