UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| OWNERS INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>S AND S BUILDERS, INC.,<br>SIOUX FALLS CONSTRUCTION COMPANY,<br><br>    Defendants. | 4:14-CV-04163-KES<br><br><br><br>ORDER |

Pursuant to the parties' joint motion to dismiss (Docket 24), it is

ORDERED, ADJUDGED, AND DECREED that the above-entitled action is dismissed with prejudice and without costs to either of the parties.

DATED this 31st day of March, 2017.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE